# Court of Appeals
# of the State of Georgia

ATLANTA,___June 27, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1990. JAMES THOMAS PEEBLES v. THE STATE.**

On April 9, 2013, the trial court entered two separate orders denying three pro se motions filed by James Thomas Peebles. On May 16, 2013, Peebles filed a notice of appeal asking the trial court to forward to this Court all motions he had filed after a certain date and all orders the trial court had entered. The notice of appeal did not designate any particular order that Peebles wished to appeal.

Under OCGA § 5-6-37, a notice of appeal must contain "a concise statement of the judgment, ruling, or order entitling the appellant to take an appeal." Peebles's notice of appeal does not meet this requirement. Nevertheless, given our duty to construe the Appellate Practice Act liberally, see *Mateen v. Dicus*, 281 Ga. 455 (637 SE2d 377) (2006), we presume that Peebles wishes to appeal one or both of the orders entered on April 9. His appeal, however, is untimely.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Because Peebles's notice of appeal was filed 37 days after entry of the order he wishes to appeal, it is untimely. This appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/27/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*